# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



MANUEL RIVERA-TORRES

     VS.                                         **CIVIL NO.** __06-1178__ **(JAF)**

UNITED STATES OF AMERICA         **Criminal No. 04-374 (JAF)**

| DESCRIPTION OF MOTION |||
|---|---|---|
| DATE FILED: | DOCKET: | TITLE: |
| [] Plffs. | [] Defts. | |
| **- O R D E R -** |||
| After having reviewed the Magistrate-Judge's Report and Recommendation, <u>Docket Document No. 3</u>, and no objection having been filed by Petitioner, the court **ADOPTS** the Magistrate's Report and Recommendation, and **ORDERS** the dismissal of this case without prejudice. |||
|     Judgment to be entered accordingly. |||
| | | |
| **IT IS SO ORDERED.** |||

<u>March 29, 2006</u>                          <u>S/José Antonio Fusté</u>
    Date                                       José Antonio Fusté
                                                    Chief U.S. District Judge